

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00260-CV

| | | |
|---|---|---|
| APRIL POLLEFEYT, Appellant | § | On Appeal from the 153rd District Court |
| V. | § | of Tarrant County (153-299269-18) |
| | § | April 16, 2020 |
| TEXAS HEALTH RESOURCES D/B/A ARLINGTON MEMORIAL HOSPITAL, DR. JOSEPH BORRELLI, AND HOLLY DUNN, RN | § | Opinion by Justice Birdwell |
| | § | Dissent by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed, and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
      Justice Wade Birdwell